M. A. Simon, appellee, v. Robert Bollei and Edward Sisson, trading as Bollei & Sisson, appellants. Gen. No. 31,096.

Suit for realty broker's commission. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank M. Padden, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Reversed with a finding of fact and judgment entered in this court. Opinion filed December 29, 1926.

M. D. Dolan, for appellants. Perlman, Goodman & Scolnik, for appellee; Avern B. Scolnik, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

George Aspis, appellee, v. Alfred Polenzani, appellant. Gen. No. 31,105.

Suit for personal injuries from automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Charles A. Williams, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 29, 1926.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter and Kenneth B. Hawkins, of counsel. Moloney & Postelnek, for appellee; Peter Postelnek, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

The Radiophone Broadcasting Corporation, appellant, v. Bowles Live Stock Commission Company et al., appellees. Gen. No. 30,901.

Bill to enjoin breach of radio broadcasting contract and interference therewith by third party. Dismissed, but temporary injunction pending appeal. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 29, 1926. Rehearing denied January 12, 1927.

Edwin L. Weisl and Elmer M. Leesman, for appellant. Sims, Welch, Godman & Stransky, for appellees.

Mr. Justice Thomson delivered the opinion of the court.

---

James Ceranski, appellee, v. John Josefik, appellant. Gen. No. 30,966.

Action for personal injuries from automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. William J. Lindsay, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 29, 1926. Rehearing denied January 12, 1927.

Rankin & Lustfield, for appellant; Ode L. Rankin, of counsel. Leesman & Roemer, for appellee; Raymond C. Schnell, of counsel.

Mr. Justice Thomson delivered the opinion of the court.